UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURA GUEMPEL, individually and on Behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:23CV107 HEA |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order entered this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is **DISMISSED.**

Dated this 31st day of January, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE